HEATHER E. WILLIAMS, SBN #122664
Federal Defender
DAVID HARSHAW, KYSBN # 86435
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-6666x7312
Fax: (916) 498-6656
david_harshaw@fd.org

Attorneys for Defendant
KATELYN MARIE JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-mj-0009-JDP |
| Plaintiff, | **UNOPPOSED MOTION AND ORDER TO VACATE REVIEW HEARING, TERMINATE PROBATION AND ENTER A DISMISSAL** |
| vs. | |
| KATELYN MARIE JOHNSON, | |
| Defendant. | |

Comes Defendant, Katelyn Marie Johnson, by counsel David Harshaw, and hereby requests that the review hearing in this case be vacated, that the Defendant's probation be terminated early, and that a dismissal be entered.

Defendant makes this request for the following reasons:

On February 6, 2019, Defendant pled guilty to possession of marijuana. The plea was made pursuant to a deferred entry of judgment. The Court sentenced Defendant in accord with the agreement of the parties: (1) six months of unsupervised probation; (2) obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law; (3) pay a $ 240.00 fine and a $ 10.00 special assessment. A review

hearing is currently set for July 17, 2019[1]. Probation is set to terminate on August 26, 2019.

As of this date, Defendant has paid the entire amount of her fine and her assessment, and she has no new law violations. Accordingly, Defendant requests that her July 17, 2019 review hearing be vacated. She also requests that her probation be terminated early and that the Court enter a dismissal pursuant to the deferred entry of judgment agreement. The United States, through Legal Officer Susan St. Vincent, does not oppose this motion.

                                           Respectfully submitted,

                                           HEATHER E. WILLIAMS
                                           Federal Defender

Date: June 28, 2019                     */s/ David Harshaw*
                                           DAVID HARSHAW
                                           Assistant Federal Defender
                                           Attorneys for Defendant
                                           KATELYN MARIE JOHNSON

/ / /

/ / /

# **O R D E R**

The court, being sufficiently advised, orders that the review hearing set for July 16, 2019 in Case No. 6:19-mj-0009-JDP be vacated. Further, defendant's probationary period is terminated and the case is dismissed.

IT IS SO ORDERED.

Dated:  July 2, 2019                                           _____
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is not in session on this date. If the Court desires the review hearing to go forward, alternative dates of July 30 and 31 are available. The undersigned will be the Federal Defender those days.